UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carolyn Winans, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Ornua Foods North America Inc.,<br><br>Defendant. | Case No. 2:23-cv-01198-FB-RML |

### DECLARATION OF JASON P. SULTZER

I, Jason P. Sultzer, submit this declaration in support of Plaintiff Carolyn Winans' opposition to the Motion to Dismiss ("Motion" or "MTD") filed by Defendant Ornua Foods North America, Inc. ("Defendant"), and affirm that the following is truthful and accurate:

1. I am the founder of The Sultzer Law Group, and one of the attorneys representing Plaintiff in the above captioned action.

2. Attached hereto as Exhibit A is a true and accurate copy of an Analytical Report issued by Enalytic Analytical Testing Laboratory.

I hereby declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge.

September 11, 2023         /s/Jason P. Sultzer
                                            Jason P. Sultzer