# EXHIBIT A



Accredited
ISO/IEC 17025

6034 Corporate Dr.  East Syracuse NY 13057

315 437 0255

# Analytical Report

| Client: | The Sultzer Law Group P.C. | Project: | PFOA Testing |
|---|---|---|---|
| | 270 Madison Avenue, Suite 1800 | Enalytic ID: | E2306017-001 |
| | New York, NY  10016 | Client ID: | Kerrygold Pure Irish Butter |
| Prepared for: | Dan Markowitz, Esq. | Date Shipped: | 5/31/2023 |
| Date Received: | 6/1/2023 | Matrix: | Solid |

## Lab Certified Chemistry Analysis
### PFOA Testing
### Client ID:  Kerrygold Pure Irish Butter

### *PFAS by In-House Method*

| Parameter | CAS | Abbreviation | Test Result | Units | Chemist | Date Analyzed |
|---|---|---|---|---|---|---|
| 1H, 1H, 2H, 2H-perfluorodecanesulfonic acid | 39108-34-4 | 8:2FTS | ND | ppt | SU | 7/13/2023 |
| 1H, 1H, 2H, 2H-perfluorooctane sulfonic acid | 27619-97-2 | 6:2FTS | ND | ppt | SU | 7/13/2023 |
| 1H, 1H, 2H, 2H-perfluorohexane sulfonic acid | 757-124-72-4 | 4:2FTS | ND | ppt | SU | 7/13/2023 |
| N-ethylperfluoro-1-octanesulfonamidoacetic acid | 2991-50-6 | NEtFOSAA | 2.2 | ppt | SU | 7/13/2023 |
| N-methylperfluoro-1-octanesulfonamidoacetic acid | 2355-31-9 | NMeFOSAA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-1-butanesulfonic acid | 375-73-5 | PFBS | ND | ppt | SU | 7/13/2023 |
| Perfluoro-1-decanesulfonic acid | 335-77-3 | PFDS | ND | ppt | SU | 7/13/2023 |
| Perfluoro-1-heptanesulfonic acid | 375-928 | PFHpS | ND | ppt | SU | 7/13/2023 |
| Perfluoro-1-nonanesulfonic acid | 682-59-12-1 | PFNS | ND | ppt | SU | 7/13/2023 |
| Perfluoro-1-octanesulfonamide | 754-91-6 | FOSA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-1-pentanesulfonic acid | 2706-91-4 | PFPeS | ND | ppt | SU | 7/13/2023 |
| Perfluorohexanesulfonic acid | 35546-4 | PFHxS | ND | ppt | SU | 7/13/2023 |
| Perfluoro-n-butanoic acid | 375-22-4 | PFBA | 1.4 | ppt | SU | 7/13/2023 |
| Perfluoro-n-decanoic acid | 335-76-2 | PFDA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-n-dodecanoic acid | 307-55-1 | PFDoA | 0.21 * | ppt | SU | 7/13/2023 |
| Perfluoro-n-heptanoic acid | 375-85-9 | PFHpA | 0.43 * | ppt | SU | 7/13/2023 |
| Perfluoro-n-hexanoic acid | 307-24-4 | PFHxA | 0.48 * | ppt | SU | 7/13/2023 |
| Perfluoro-n-nonanoic acid | 72968-3-88 | PFNA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-n-octanoic acid | 335-67-1 | PFOA | 2.9 | ppt | SU | 7/13/2023 |
| Perfluoro-n-pentanoic acid | 2706-90-3 | PFPeA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-n-tetradecanoic acid | 376-06-7 | PFTeDA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-n-tridecanoic acid | 72629-04-8 | PFTrDA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-n-undecanoic acid | p285495 | PFUdA | ND | ppt | SU | 7/13/2023 |
| Perfluorooctanesulfonic acid | 1763-23-1 | PFOS | 0.45 * | ppt | SU | 7/13/2023 |
| Potassium 11-chloroeicosafluoro-3-oxaundecane-1-sulfonate | 83329-89-9 | 11Cl-PF3OUdS | ND | ppt | SU | 7/13/2023 |
| Potassium 9-chlorohexadecafluoro-3-oxanonane-1-sulfonate | 756426-58-1 | 9Cl-PF3ONS | ND | ppt | SU | 7/13/2023 |
| Sodium dodecafluoro-3H-4, 8-dioxanonanoate | 73606-19-1 | NaDONA | ND | ppt | SU | 7/13/2023 |
| Hexafluoropropylene oxide dimer acid | 13252-13-6 | HFPO-DA | ND | ppt | SU | 7/13/2023 |

Note:  ppt = parts per trillion.          * = Trace.
       ND = Not Detected.

*"The undersigned certifies that the value(s) reported have met the highest analytical quality control standards."*

Certification Approval: _____                    Date: 7/14/2023
Laboratory Director:   Anthony J Scala                               *Page 1 of 2*
DUNS Number  02-636-0096

# enalytic
Analytical Testing Laboratory

6034 Corporate Dr.  East Syracuse NY 13057

Accredited
ISO/IEC 17025

315 437 0255

## Analytical Report

| Client: | The Sultzer Law Group P.C. | | Project: | PFOA Testing |
| --- | --- | --- | --- | --- |
| | 270 Madison Avenue, Suite 1800 | | Enalytic ID: | E2306017-001 |
| | New York, NY  10016 | | Client ID: | Kerrygold Pure Irish Butter |
| Prepared for: | Dan Markowitz, Esq. | | Date Shipped: | 5/31/2023 |
| Date Received: | 6/1/2023 | | Matrix: | Solid |

## Lab Certified Chemistry Analysis
### PFOA Testing
### Client ID: Kerrygold Pure Irish Butter

### PFAS by In-House Method

| Parameter | CAS # | Abbreviation | Test Result | Units | Chemist | Date Analyzed |
| --- | --- | --- | --- | --- | --- | --- |
| N-methylperfluoro-1-octanesulfonamide | 31506-32-8 | N-MeFOSA | ND | ppt | SU | 7/13/2023 |
| N-ethylperfluoro-1-octanesulfonamide | 2991-50-6 | N-EtFOSA | ND | ppt | SU | 7/13/2023 |
| N-methylperfluorooctanesulfonamidoethanol | 24448-09-7 | NMeFOSE | ND | ppt | SU | 7/13/2023 |
| N-ethyl-N-(2-hydroxyethyl)perfluorooctylsulphonamide | 1691-99-2 | NEtFOSE | ND | ppt | SU | 7/13/2023 |
| Perfluoro-4-oxypentanoic acid | 463-40-1 | PF4OPeA | ND | ppt | SU | 7/13/2023 |
| 2H, 2H, 3H, 3H-Perfluorohexanoic acid | 356-02-5 | FPrPA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-5-oxahexanoic acid | 13252-13-6 | PF5OHxA | ND | ppt | SU | 7/13/2023 |
| Perfluoro(2-ethoxyethane)sulphonic acid | 113507-82-7 | PFEESA | ND | ppt | SU | 7/13/2023 |
| Perfluoro-3,6-dioxaheptanoic acid | 151772-58-6 | 3,6-OPFHpA | ND | ppt | SU | 7/13/2023 |
| 3-(4-fluorophenyl)-3-methyl-3-propanoic acid | 459-31-4 | FPePA | ND | ppt | SU | 7/13/2023 |
| Perfluorononanoic acid | 375-95-1 | FHpPA | ND | ppt | SU | 7/13/2023 |
| Perfluorododecanesulphonic acid | 1763-23-1 | PFDoS | ND | ppt | SU | 7/13/2023 |

Note:  ppt = parts per trillion.          * = Trace.
       ND = Not Detected.

"The undersigned certifies that the value(s) reported have met the highest analytical quality control standards."

Certification Approval: _[signature]_

Laboratory Director:  Anthony J Scala

DUNS Number  02-636-0096

Date: 7/14/2023

*Page 2 of 2*