UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CAROLYN WINANS, individually and
on behalf of all others similarly situated,

    Plaintiff,

-against-

ORNUA FOODS NORTH AMERICA
INC.,

    Defendant.
---------------------------------------------------------------x

**STIPULATION AND CONSENT FOR SUBSTITUTION OF COUNSEL**

Index No. 2:23-cv-01198

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** that Arnold & Porter Kaye Scholer LLP may be substituted in the place and stead of Bryan Cave Leighton Paisner LLP as the attorneys of record for Ornua Foods North America Inc. in the above-captioned action.

Dated: New York, New York
   June 5, 2024

              ORNUA FOODS NORTH
              AMERICA, INC.

              By: _____
              Name: RICHELLE TWOMEY
              Title: Head of Legal

              ARNOLD & PORTER KAYE
              SCHOLER LLP

              By: _____
              Lori B. Leskin
              250 West 55th Street
              New York, New York 10019
              (212) 836-8541

              *Incoming Attorneys for Defendant*
              *Ornua Foods North America Inc.*

BRYAN CAVE LEIGHTON
PAISNER LLP


By: _____
    Courtney J. Peterson
    1290 Avenue of the Americas
    New York, New York 10104
    (212) 541-2000

*Outgoing Attorneys for Defendant*
*Ornua Foods North America Inc.*

SO ORDERED:

_____
    HON. FREDERIC BLOCK
 Senior United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CAROLYN WINANS, individually and
on behalf of all others similarly situated,

                Plaintiff,

      -against-

ORNUA FOODS NORTH AMERICA INC.,

               Defendant.
--------------------------------------------------------x

**DECLARATION IN SUPPORT OF APPLICATION FOR SUBSTITUTION OF COUNSEL**

Hon. Frederic Block, USDJ

Index No. 2:23-cv-01198

I, Lori B. Leskin, declare as follows:

1. I am a partner at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), incoming counsel for defendant Ornua Foods North America Inc. ("Ornua Foods").

2. This declaration is respectfully submitted in support of Arnold & Porter's application to be substituted as counsel for Ornua Foods.

3. Ornua Foods has elected to transfer representation in this matter from its current counsel, Bryan Cave Leighton Paisner LLP ("BCLP"), to Arnold & Porter.

4. This substitution will not prejudice any of the parties or delay this action.

5. As set forth in the accompanying stipulation and order, Ornua Foods consents to the withdrawal of BCLP and the substitution of Arnold & Porter.

**WHEREFORE,** it is respectfully requested that Arnold & Porter's application to be substituted in the place and stead of BCLP as counsel for Ornua Foods be granted in all respects.

Lori B. Leskin
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, New York 10019
Phone: (212) 836-8541
lori.leskin@arnoldporter.com