

Philip J. Furia
furiap@thesultzerlawgroup.com
Direct: 201-744-0064

July 1, 2024

**VIA ECF**
The Honorable Robert J. Levy, U.S.M.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Winans v. Ornua Foods North America Inc.*
      Docket No. 2:23-cv-01198-FB-RML

Dear Judge Levy,

    We represent Plaintiff in the above-referenced matter. This case is scheduled for an initial telephone conference tomorrow July 2, 2024, at 3:00pm. We can report that the parties have been working cooperatively to reach an agreement on a proposed discovery schedule for this matter. The parties respectfully request an adjournment of the upcoming conference to enable them to complete discussions, with the hope of streamlining the discovery process and potentially agreeing to an ESI protocol.

    In view of the foregoing, the parties hereby jointly request that the July 2, 2024, initial conference be adjourned until on or after July 22, 2024, at a date and time convenient for the Court.

    We thank the Court for its attention to this matter.

                              Very truly yours,

                              Philip J. Furia