**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carolyn Winans, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Oruna Foods North America Inc.,<br><br>　　　　　　　　　　Defendant. | Case No.: 2:23-cv-01198<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above-entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed with prejudice, without costs to any party as against the other. All parties shall bear their own attorneys' fees.

Dated: August 14, 2024

_____
Daniel Markowitz
Sultzer & Lipari, PLLC
*Attorney for Plaintiff*
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
markowitzd@thesultzerlawgroup.com

_____
Lori B. Leskin
Arnold & Porter Kaye Scholer LLP
*Attorney for Defendant*
250 West 55th Street
New York, NY 10019
Lori.Leskin@arnoldporter.com

1